UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHICAGO AREA I.B. OF T. PENSION PLAN & TRUST, and LOCAL 703 I.B. OF T., GROCERY AND FOOD EMPLOYEES' PENSION PLAN & TRUST,

Plaintiffs,

v.

ALLIANZ GLOBAL INVESTORS U.S. LLC,

Defendant.

Case No. 20 Civ. 7952 (KPF)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiffs Chicago Area I.B of T. Pension Plan & Trust and Local 703 I.B. of T. Grocery and Food Employees' Pension Plan and Trust ("Plaintiffs") and Defendant Allianz Global Investors U.S. LLC have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action"); and

WHEREAS, Allianz Global Investors U.S. Holdings LLC, Allianz SE, Allianz Asset Management GmbH, Allianz of America, Inc., Allianz Asset Management of America Holdings Inc., Allianz Asset Management of America LLC, Allianz Asset Management of America LP, and PFP Holdings Inc. (collectively, the "Affiliate Defendants") were previously dismissed from the Action without prejudice, and Plaintiffs and Defendants agree that the prior dismissal of the Affiliate Defendants should be converted into one with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Action and all claims asserted herein against all past and present defendants shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs.

Dated: 2/28, 2022
New York, New York

_____
Frederic Fox
Donald R. Hall
Melinda Campbell
Aaron Schwartz
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7715

_____
Robert J. Giuffra, Jr.
Stephanie G. Wheeler
Kathleen S. McArthur
Ann-Elizabeth Ostrager
Jacob M. Croke
Hilary M. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2468

*Co-Counsel for Plaintiffs Chicago Area I.B of T. Pension Plan & Trust and Local 703 I.B. of T., Grocery and Food Employees' Pension Plan & Trust*

/s/ Scott F. Hessell

Scott F. Hessell
John Bjork
Ashima Talwar
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-3200

*Co-Counsel for Plaintiffs Chicago Area I.B of T. Pension Plan & Trust and Local 703 I.B. of T., Grocery and Food Employees' Pension Plan & Trust*

Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendant Allianz Global Investors U.S. LLC and the Affiliate Defendants*

/s/ Robert A. Skinner

Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust
William T. Davison
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*

SO ORDERED.

Dated:   March 2, 2022
         New York, New York

/s/ Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

3